# First District Court of Appeal
## State of Florida

_____

No. 1D17-814
_____

Hassan Shabazz,

Appellant,

v.

State of Florida,

Appellee.

_____

On appeal from the Circuit Court for Duval County.
Waddell A. Wallace, Judge.

February 5, 2018

Per Curiam.

Affirmed.

Wetherell, Rowe, and Jay, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Hassan Shabazz, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.